UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE-BOSTON RETIREMENT SYSTEM, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIK SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>Defendants. |  Case No.<br><br>**Rule 7.1 Statement**<br><br> |

Pursuant to Federal Rule of Civil Procedures 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs State-Boston Retirement System (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries, of said party which are publicly held: None.

Date: 11/28/07

Andrei V. Rado (AR-3724)