**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) **CIVIL ACTION NO. 07-CV-9615-RPP** |
| Plaintiff, | ) ) "ECF CASE" |
| vs. | ) ) |
| ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM, | ) ) ) ) |
| Defendants. | ) ) |
| STATE-BOSTON RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) **CIVIL ACTION NO. 07-CV-10659-RPP** |
| Plaintiff, | ) ) "ECF CASE" |
| vs. | ) ) |
| ERICSSON LM TELEPHONE CO., CARL-HENRIK SVANBER and KARL-HENRIK SUNDSTROM, | ) ) ) ) |
| Defendants. | ) ) |

**MOTION OF JACQUES FURHER TO CONSOLIDATE,**
**TO BE APPOINTED LEAD PLAINTIFF, AND**
<u>**FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL**</u>

- 1 -

**PLEASE TAKE NOTICE** that Plaintiff Jacques Furher ("Movant") hereby moves the Court for an Order pursuant to Rule 42 of the Federal Rules of Civil Procedure, consolidating all related actions for all purposes. In addition, Movant moves this Court for an Order pursuant to Section 21D(a)(3)(B)(v) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B)(v), appointing him Lead Plaintiff and approving his selection of the law firm of Murray, Frank & Sailer LLP as Lead Counsel for the Class.

Movant makes this motion based on the complaints filed herein, the Memorandum of Law submitted contemporaneously herewith, the Declaration of Brian Murray in Support of the Movant's Motion to Consolidate, to be Appointed Lead Plaintiff, and for Approval of his Selection of Lead Counsel, executed on December 28, 2007, and on all other pleadings, motions, and orders in this action.

Dated:   December 28, 2007
         New York, New York

**MURRAY, FRANK & SAILER LLP**

By:_____/s/_____
    Brian Murray (BM 9954)
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**Proposed Lead Counsel for the Class**