1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3020

WRITER'S DIRECT FACSIMILE
212-492-0020

WRITER'S DIRECT E-MAIL ADDRESS
dkramer@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

ALLAN J. ARFFA
ROBERT A. ATKINS
JOHN F. BAUGHMAN
DANIEL J. BELLER
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
RICHARD S. BORISOFF
HENK BRANDS
JOHN F. BREGLIO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
PATRICK S. CAMPBELL*
JEANETTE K. CHAN
YVONNE Y. F. CHAN
DOUGLAS A. CIFU
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
JAMES M. DUBIN
LESLIE GORDON FAGEN
MARC FALCONE
PETER L. FELCHER
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
KENNETH A. GALLO*
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR
ANDREW G. GORDON
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
JOYCE S. HUANG
JEH CHARLES JOHNSON
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP

DANIEL J. KRAMER
DAVID K. LAKHDHIR
JOHN E. LANGE
DANIEL J. LEFFELL
JEFFREY D. MARELL
JULIA TARVER MASON
MARCO V MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
TOBY S. MYERSON
JOHN E. NATHAN
CATHERINE NYARADY
ALEX YOUNG K. OH
JOHN J. O'NEIL
KELLEY D. PARKER
ROBERT P PARKER*
MARC E. PERLMUTTER
MARK F POMERANTZ
VALERIE E. RADWANER
CAREY R. RAMOS
CARL L. REISNER
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
STEVEN B. ROSENFELD
PETER J. ROTHENBERG
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
JUDITH R. THOYER
DANIEL J. TOAL
MARK A. UNDERBERG
LIZA M. VELAZQUEZ
MARIA T. VULLO
LAWRENCE G. WEE
THEODORE V WELLS, JR
JORDAN E. YARETT
KAYE N. YOSHINO
ALFRED D. YOUNGWOOD
TONG YU
T. ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO NEW YORK BAR

**MEMO ENDORSED**

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

January 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

**By Hand Delivery**

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Steinberg v. Ericsson LM Telephone Co., et al.*, 07-CV-9615 and 07-CV-10659

Dear Judge Patterson:

  We are counsel for defendants Ericsson LM Telephone Co., Carl-Henric Svanberg, and Karl-Henrik Sundstrom ("Defendants") in the above-referenced action. We respectfully submit this letter (a) in response to the motions recently filed by various plaintiffs and their counsel requesting consolidation and/or coordination of this action with related actions and appointment as lead plaintiff and lead counsel and (b) to raise an issue regarding this Court's subject matter jurisdiction.

  First, Defendants support the consolidation and coordination of related actions in this Court.

*Application granted. In view of defendants' support of plaintiff's motions for consolidation and coordination of related actions, Steinberg v Ericsson LM Telephone Co. et al, 07 CIV 9615 (RPP), State-Boston Retirement System v Ericsson LM Telephone Co. et al 07 CIV. 10659 (RPP), City of Edinburgh Council et al v Ericsson LM Telephone Co. et al 07 CIV. 11617 (RPP) are hereby consolidated. So ordered. 1/30/08 [signature] RPP USDJ*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Robert P. Patterson                                                                 2

        Second, Defendants take no position on the pending applications for appointment of lead plaintiff and lead counsel pursuant to the Private Securities Litigation Reform Act ("PSLRA"), except to note that the Court's ruling on these issues should not prejudice Defendants' right to challenge the selection of lead plaintiff and lead counsel at the time of class certification or thereafter. *See, e.g., In re Oxford Health Plans Inc.*, 191 F.R.D. 369, 373 (S.D.N.Y. 2000) ("[T]he appointment of lead plaintiffs occurring as it does in advance of class discovery, is not a final ruling on their appropriateness as Class Representatives.") (citations omitted); *see also Schulman v. Lumenis, Ltd.*, No. 02 Civ. 1989 (DAB), 2003 WL 21415287, at *5 (S.D.N.Y. June 18, 2003) ("Any preliminary class certification findings of adequacy and typicality made at [the time of appointment of lead counsel] do not preclude any party from contesting the ultimate class certification.") (citations omitted); *Koppel v. 4987 Corp.*, No. 96 Civ. 7570 (RLC), 1999 WL 608783, at *8 (S.D.N.Y. Aug. 9, 1999) ("It should be noted, however, that [appointment of lead plaintiff] does not prejudice defendants' capacity to contest plaintiffs adequacy on a motion for class certification.") (citations omitted).

        Third, we note that plaintiff Jacques Furher, at pages 9-11 of his opposition brief, argues that members of the purported Ericsson Institutional Investor Group may be subject to unique defenses because they are foreign investors and "[c]ourts…remain unwilling to appoint lead plaintiffs where there are uncertainties regarding whether a foreign court would later give *res judicata* effect of a judgment in favor of defendants." *Id.* at 9. Indeed, Mr. Furher's objection raises an even more important and fundamental issue, as this Court does not have subject matter jurisdiction over claims by plaintiffs who purchased their shares on a foreign exchange. *See, e.g., In re Parmalat Sec. Litig.*, 497 F. Supp. 2d 526, 540 (S.D.N.Y. 2007) (dismissing claims of foreign purchasers); *In re Nat'l Australia Bank Sec. Litig.*, No. 03 Civ. 6537(BSJ), 2006 WL 3844465, at *3-8 (S.D.N.Y. Oct. 25, 2006) (dismissing the Lead Foreign Plaintiff from the action where, among other things, "the securities at issue . . . are predominantly foreign securities traded on foreign exchanges" "because th[e] Court lacks subject matter jurisdiction over their claims"); *In re Bayer AG Sec. Litig.*, 423 F. Supp. 2d 105, 113 (S.D.N.Y. 2005) (holding that the court lacks subject matter jurisdiction over the claims of foreign purchasers); *Interbrew S.A. v. Edperbrascan Corp.*, 23 F. Supp. 2d 425, 432 (S.D.N.Y. 1998) (dismissing claims of plaintiff that purchased shares trading on Canadian exchange).

        Accordingly, Defendants respectfully reserve all rights to oppose any motion that relates to certification of a plaintiff class under Rule 23, and to take discovery regarding any such issues. Further, if, at this stage of the proceedings, the Court wishes to address the question of its subject matter jurisdiction to consider the claims of persons

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Robert P. Patterson                                        3

or entities that purchased securities on foreign exchanges, Defendants respectfully request the opportunity to submit a brief on the issue.

                                  Respectfully submitted,

                                  Daniel J. Kramer

:ACG


cc:      Samuel H. Rudman
          Christopher J. Keller
          Lawrence D. McCabe

Case:       Steinberg v. Ericsson LM Telephone Co., et al., and related cases
Index No.   07 Civ. 9615 (RPP) / 07 Civ. 10659 (RPP) / 07 Civ. 11617

MEMO ENDORSEMENT READS:

*Application granted.*

*In view of defendants' support of plaintiffs' motions for consolidation and coordination of related actions, Steinberg v. Ericsson LM Telephone Co., et al., 07 Civ. 9615; State-Boston Retirement System v. Ericsson LM Telephone Co., et al, 07 Civ. 10659; and City of Edinburgh Council, et al. v. Ericsson LM Telephone Co., et al., 07 Civ. 11617, are hereby consolidated.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 1/30/08*