# MURRAY, FRANK & SAILER LLP
ATTORNEYS AT LAW



275 MADISON AVENUE
SUITE 801
NEW YORK, N.Y. 10016
212 682 1818
212 682 1892 FAX

info@murrayfrank.com
www.murrayfrank.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

**BY FACSIMILE**

February 6, 2008

Honorable Robert P. Patterson
U.S. District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re: *Steinberg v. Ericsson LM Telephone Co. et al*, 07-9615 (RPP); 07-10659 (RPP); 07-11617 (RPP)

Dear Judge Patterson:

Pursuant to my conversation with your clerk, counsel for the competing lead plaintiff movants have agreed that oral argument should be set for 2:00 p.m. on February 15, 2008. I have confirmed this agreement with Andrei V. Rado of Labaton Sucharow LLP.

Respectfully,

Brian P. Murray

BPM/nig

So ordered
Robert P. Patterson USDJ
2/7/08