2550

1

82ETSTEA                    Argument

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

MERRILL STEINBERG, et al.,

        Plaintiffs,

    v.                                      07 CV 9615 (RPP)

ERICSON LM TELEPHONE CO., et al.,

        Defendants.

------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/19/08

**MEMO ENDORSED**

New York, N.Y.
February 15, 2008
2:10 p.m.

Before:

        HON. ROBERT P. PATTERSON,

                District Judge

        APPEARANCES

LEBATON SUCHAROW
    Attorneys for Movant Ericsson Institutional Investor Group
BY: CHRISTOPHER J. KELLER
    ANDREI V. RADO

MURRAY, FRANK & SAILER
    Attorneys for Movant Jacques Fuhrer
BY: BRIAN P. MURRAY
    LAWRENCE D. McCABE
    RANDALL STEINMAYER

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
    Attorneys for Defendants
BY: DANIEL J. KRAMER
    ANOUCK GIOVANOLA

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

[Handwritten order:] For the reasons stated herein, Plaintiff Jacques Fuhrer is appointed lead plaintiff for the plaintiff class and shall have until April 15, 2008 to file an amended complaint. Defendants shall have until June 13, 2008 to respond. So ordered. [signed] Robert P. Patterson  2/19/08

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Case:     Steinberg v. Ericsson LM Telephone Co., et al., and related cases
Index No.    07 Civ. 9615 (RPP) / 07 Civ. 10659 (RPP) / 07 Civ. 11617

## MEMO ENDORSEMENT READS:

*Order*

*For the reasons stated herein, Plaintiff Jacques Fuhrer is appointed lead plaintiff for the plaintiff class and shall have until April 15, 2008 to file an amended complaint. Defendants shall have until June 13, 2008 to respond.*

*So ordered.*

                *Robert P. Patterson, Jr., U.S.D.J., 2/19/08*