⁂AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

MERRILL STEINBERG, Individually and On
Behalf of All Others Similarly Situated,

                  Plaintiff,

vs.

ERICSSON LM TEEEPHONE CO., CARL-HENRIC
SVANBERG and KARL-HENRIK SUNDSTROM,

                  Defendants.

**APPEARANCE**

Case Number: 07-cv-9615

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Jacques Furher

    I certify that I am admitted to practice in this court.

| 4/2/2008 | *[signature]* |
|---|---|
| Date | Signature |
|  | Brian D. Brooks      BB 7442 |
|  | Print Name      Bar Number |
|  | 275 Madison Avenue, 8th Floor |
|  | Address |
|  | New York    NY    10016 |
|  | City    State    Zip Code |
|  | (212) 682-1818      (212) 682-1892 |
|  | Phone Number      Fax Number |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 2, 2008, I caused to be electronically filed the foregoing APPEARANCE OF BRIAN D. BROOKS with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

    I FURTHER CERTIFY that I caused the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    N/A

**MURRAY, FRANK & SAILER LLP**

By:     /s/
    Brian D. Brooks (BB 7442)
Brian P. Murray (BM 9954)
Lawrence D. McCabe (LM 1846)
275 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**Proposed Lead Counsel for the Class**