⁕⁂AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

MERRILL STEINBERG, Individually and On
Behalf of All Others Similarly Situated,

            Plaintiff,

vs.

ERICSSON LM TELEPHONE CO., CARL-HENRIC
SVANBERG and KARL-HENRIK SUNDSTROM,

            Defendants.

**APPEARANCE**

Case Number: 07-cv-9615

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Lead Plaintiff Jacques Furher

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/8/2008 | _[signature]_ |
| Date | Signature |
| | Brian P. Murray      BM 9954 |
| | Print Name      Bar Number |
| | 275 Madison Avenue, 8th Floor |
| | Address |
| | New York    NY    10016 |
| | City    State    Zip Code |
| | (212) 682-1818    (212) 682-1892 |
| | Phone Number    Fax Number |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 9, 2008, I caused to be electronically filed the foregoing APPEARANCE OF BRIAN P. MURRAY with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

     I FURTHER CERTIFY that I caused the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

     N/A

**MURRAY, FRANK & SAILER LLP**

By:     /s/
    Brian D. Brooks (BB 7442)
Brian P. Murray (BM 9954)
Lawrence D. McCabe (LM 1846)
275 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**Lead Counsel for the Class**